*SUPPRESSED*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 2 3 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **4:25CR384 JAR/PLC** |
| | ) | |
| VAN N. NGUYEN, | ) | |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Impersonation of an Officer or Employee of the United States (18 U.S.C. § 912)**

On or about May 27, 2025, in St. Charles, Missouri, in the Eastern District of Missouri, the defendant,

**VAN N. NGUYEN**,

falsely assumed and pretended to be an officer and employee of the United States acting under the authority thereof, that is, an employee with the Internal Revenue Service (IRS), and in such pretended character, demanded a paper, document, and thing of value, in that he demanded from F.B. records relating to firearm purchases by H.C. as part of a fictitious investigation of H.C.

In violation of Title 18, United States Code, Section 912.

A TRUE BILL.

_____
FOREPERSON

MATTHEW T. DRAKE
Acting United States Attorney

_____
JONATHAN A. CLOW, #68003MO
Assistant United States Attorney

1